



| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of _____ |
| (State) |
| Case number (If known): _____ Chapter _____ |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Casa De Montgomery, Inc.

2. **All other names debtor used in the last 8 years**    NONE
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    9 0 – 1 0 3 8 0 5 2

4. **Debtor's address**

   **Principal place of business**
   4573 Branciforte Drive
   Number    Street

   _____

   Santa Cruz        CA    95065
   City              State ZIP Code

   Santa Cruz
   County

   **Mailing address, if different from principal place of business**
   241 Kings Street Road
   Number    Street

   # 67323
   P.O. Box

   Scotts Valley     CA    95067
   City              State ZIP Code

   **Location of principal assets, if different from principal place of business**
   N/A
   Number    Street

   _____
   City              State ZIP Code

5. **Debtor's website (URL)**    None

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor __Casa De Montgomery, Inc._____ Case number (if known)_____
       Name

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☐ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

    _1_ _1_ _9_ _0_

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    Check one:

    ☐ Chapter 7
    ☐ Chapter 9
    ☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☒ No
    ☐ Yes. District _____ When _____ Case number _____
                                       MM / DD / YYYY
              District _____ When _____ Case number _____
                                       MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When _____
                                            MM / DD / YYYY
           Case number, if known _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

Case: 17-52075    Doc# 1    Filed: 08/29/17    Entered: 08/29/17 11:39:10    Page 2 of 6

Debtor    Casa De Montgomery, Inc.                                    Case number (if known)_____
          Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other  Trust Deed Sale

Where is the property?  4573 Branciforte Drive
                        Number    Street

                        Santa Cruz                              CA        95065
                        City                                    State     ZIP Code

Is the property insured?

☐ No
☒ Yes. Insurance agency  EVANSTON

            Contact name  John Nicholson
            Phone         (408) 510 - 8688

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 3

Case: 17-52075    Doc# 1    Filed: 08/29/17    Entered: 08/29/17 11:39:10    Page 3 of 6

Debtor  Casa De Montgomery, Inc.                     Case number (if known) _____
        Name

16. Estimated liabilities
- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

   - The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
   - I have been authorized to file this petition on behalf of the debtor.
   - I have examined the information in this petition and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on  08/29/2017
                MM / DD / YYYY

   X _____/s/ Frank Podesta_____       Frank Podesta
   Signature of authorized representative of debtor    Printed name

   Title  Chairman of the Board

18. **Signature of attorney**

   X _____/s/_____                      Date  08/28/17
   Signature of attorney for debtor                MM / DD / YYYY

   DAVID M. SYME
   Printed name

   LAW OFFICES OF DAVID SYME
   Firm name

   29 ORINDA WAY SUITE 1843
   Number  Street

   ORINDA                              CA         94563
   City                                State      ZIP Code

   925-565-4208                        DAVIDMSYME@GMAIL.COM
   Contact phone                       Email address

   296188                              CA
   Bar number                          State

# State of Nevada Department of State



I, WM. D. SWACKHAMER, Secretary of State of the State of Nevada, do hereby certify that

CASA DE MONTGOMERY, INC.

did on the THIRTIETH day of MARCH, 19 84, file in this office the original Articles of Incorporation; that said Articles are now on file and of record in the office of the Secretary of State of the State of Nevada, and further, that said Articles contain all the statements of facts required by the law of said State of Nevada.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office in Carson City, Nevada, this THIRTIETH day of MARCH, A. D. 19 84.


Secretary of State

By _____
Deputy



Form 3A (Rev. 9-83)

Case: 17-52075   Doc# 1   Filed: 08/29/17   Entered: 08/29/17 11:39:10   Page 5 of 6



Resolution of the Board of Directors

Of

Casa De Montgomery, Inc.

A Nevada Corporation

We the undersigned, representing a Majority of the Directors of this, a Nevada corporation, having met and discussed the business herein set forth, have unanimously:

Resolved, that Frank Podesta has been authorized to handle all the concerns of the corporation that has to do with the loans and encumbrances, whether existing or in the future.

Frank Podesta is also authorized to seek counsel, if necessary for any future problem or problems that may arise and are at present unforeseen.

Dated this: **26th day of August 2017.**

_____
Johnathan Podesta - Director

_____
Frank E. Rosado - Director

Accepted: _____
Frank A. Podesta – Chairman of the Board