ORIGINAL

FILED

AUG 2 9 2017

United States Bankruptcy Court
San Jose, California

Fill in this information to identify the case:

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number (if known): **17-52075**

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Facility Management Services<br>400 Reed Street<br>Santa Clara, CA 95050 | John Pluff<br>(408) 235-8880<br>John@fms-sv.com | Professional Services, Contractor | | | $0.0 | Same claim as below |
| 2 | James Dumas AIA<br>Dumas & Associates<br>1153 Lincoln Ave. Suite J<br>San Jose, CA 95125 | James Dumas<br>(408) 297-9012<br>jldumas@comcast.net | Professional Services, Architect | Disputed | | $0.0 | $28,000 |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |